*G. D. Judson* for appellant.

*Jeremiah F. Connor* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, CUDDEBACK, HOGAN and MILLER, JJ. Absent: WERNER, J.

---

NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Respondent, *v.* THE VILLAGE OF PORT CHESTER, Appellant.

*N. Y., N. H. & H. R. R. Co.* v. *Village of Port Chester*, 149 App. Div. 893, affirmed.
(Argued February 5, 1914; decided February 24, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 24, 1912, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to have certain assessments for street improvements canceled.

*De Witt H. Lyon* and *Arthur R. Wilcox* for appellant.

*Charles M. Sheafe, Jr.*, for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., COLLIN, CUDDEBACK, HOGAN and MILLER, JJ. Absent: WERNER, J. Not sitting: HISCOCK, J.

---

JOHN THATCHER et al., Appellants, *v.* CHARLES S. BUELL, Respondent.

*Thatcher* v. *Buell*, 152 App. Div. 891, affirmed.
(Argued February 5, 1914; decided February 24, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department,

entered July 30, 1912, affirming a judgment in favor of defendant entered upon a verdict directed by the court in an action to recover for an alleged breach of contract.

*Benjamin Reass* for appellants.

*Marcus B. Campbell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, CUDDEBACK, HOGAN and MILLER, JJ. Absent: WERNER, J.

---

THE BEAUTY SPRING WATER COMPANY OF LYONS FALLS, Appellant, *v.* THE VILLAGE OF LYONS FALLS, Respondent.

*Beauty Spring Water Co. of Lyons Falls* v. *Village of Lyons Falls*, 149 App. Div. 418, affirmed.
(Argued February 6, 1914; decided February 24, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 24, 1912, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term in an action to restrain the defendant from enforcing certain taxes levied against the property of plaintiff.

*C. S. Mereness* for appellant.

*Harry W. Cox* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, CUDDEBACK, HOGAN and MILLER, JJ. Absent: WERNER, J.